IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 BANKRUPTCY |
| **Stephanie Jean Hornbaker** | : | |
| aka Stephanie J. Hornbaker | : | CASE NO. 1:18-bk-00636 |
| aka Stephanie J. Bertolino | : | |
| aka Stephanie J. Mills | : | |
| | : | |
| **Debtor** | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

I hereby withdraw my appearance regarding the above-referenced matter.

                                                                              Respectfully submitted,

DATE:   December 20, 2021                        /s/James P. Sheppard
                                                                               _____
                                                                                 JAMES P. SHEPPARD, ESQUIRE
                                                                                 2201 NORTH SECOND STREET
                                                                                 HARRISBURG, PA  17110
                                                                                 TELEPHONE:  (717) 232-5551
                                                                                 ATTORNEY ID 34944
                                                                                 (ATTORNEY FOR DEBTOR)

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance in the above-referenced matter.

                                                                              Respectfully submitted,

DATE:   December 20, 2021                        /s/Lisa A. Rynard
                                                                                _____
                                                                                 LISA A. RYNARD, ESQUIRE
                                                                                 240 BROAD STREET
                                                                                 MONTOURSVILLE, PA  17754
                                                                                 TELEPHONE: (717) 775-6656
                                                                                 ATTORNEY ID 92802
                                                                                 (ATTORNEY FOR DEBTOR)