In re:  Case No. 18-00636-HWV

Stephanie Jean Hornbaker  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Jun 27, 2022      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Jean Hornbaker, 7018 Brookdale Dr, Harrisburg, PA 17111-5065 |
| 5024642 | | Bayview Loan Servicing LLC, PO Box 650091, Dallas, TX 75265-0091 |
| 5038018 | + | Bayview Loan Servicing, LLC, c/o Heather S. Riloff, Esquire, Martha E. Von Rosenstiel, P.C., 649 South Avenue, Secane, PA 19018-3541 |
| 5024644 | | Boscov's Bank, PO Box 659622, San Antonio, TX 78265-9622 |
| 5024650 | | Diane's Bail Bonds, 43 N 4th St, Allentown, PA 18102-3467 |
| 5024656 | | George Gruber, 7018 Brookdale Dr, Harrisburg, PA 17111-5065 |
| 5024639 | | Hornbaker Stephanie Jean, 7018 Brookdale Dr, Harrisburg, PA 17111-5065 |
| 5024661 | + | PPL, 2 N 9th St, Allentown, PA 18101-1179 |
| 5044127 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFFC.COM | Jun 27 2022 22:43:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 5024641 | + | Email/Text: aleasure@autotrakk.com | Jun 27 2022 18:38:00 | Autotrakk LLC, 1500 Sycamore Rd, Montoursville, PA 17754-9416 |
| 5024643 | | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Bon Ton Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5024645 | | EDI: CAPITALONE.COM | Jun 27 2022 22:43:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5047865 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2022 18:39:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5024646 | | EDI: PHINGENESIS | Jun 27 2022 22:43:00 | Celtic Bank Indigo Mastercard, PO Box 4477, Beaverton, OR 97076-4401 |
| 5024647 | + | Email/Text: mediamanagers@clientservices.com | Jun 27 2022 18:38:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5024648 | | EDI: CCS.COM | Jun 27 2022 22:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5024649 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2022 18:39:05 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5024651 | | EDI: DIRECTV.COM | Jun 27 2022 22:43:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5050943 | | EDI: DIRECTV.COM | Jun 27 2022 22:43:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5024652 | | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Express Comenity Bank, PO Box 182789, |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Columbus, OH 43218-2789 |
| 5024653 | EDI: BLUESTEM | Jun 27 2022 22:43:00 | Fingerhut WEB BANK, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 5024655 | EDI: AMINFOFP.COM | Jun 27 2022 22:43:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 5024657 | EDI: PHINGENESIS | Jun 27 2022 22:43:00 | Indigo Platinum Mastercard, PO Box 205458, Dallas, TX 75320-5458 |
| 5024658 | Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2022 18:38:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 5053074 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 18:39:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5044470 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2022 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5024659 | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | New York & Company Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5024900 | + EDI: RECOVERYCORP.COM | Jun 27 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5053147 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2022 18:39:06 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5045956 | + EDI: JEFFERSONCAP.COM | Jun 27 2022 22:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5034102 | EDI: Q3G.COM | Jun 27 2022 22:43:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5024662 | EDI: CBS7AVE | Jun 27 2022 22:43:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5055101 | + Email/Text: bncmail@w-legal.com | Jun 27 2022 18:38:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5024663 | EDI: WTRRNBANK.COM | Jun 27 2022 22:43:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 5024664 | EDI: WTRRNBANK.COM | Jun 27 2022 22:43:00 | Target TD Bank USA, PO Box 673, Minneapolis, MN 55440-0673 |
| 5050843 | EDI: AIS.COM | Jun 27 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5024665 | EDI: WFNNB.COM | Jun 27 2022 22:43:00 | Victoria Secrets Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5049012 | EDI: WFAUTO | Jun 27 2022 22:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. BOX 19657, IRVINE, CA 92623-9657 |
| 5024666 | EDI: WFCCSBK | Jun 27 2022 22:43:00 | Wells Fargo Bank NA, PO Box 5058, Portland, OR 97208-5058 |
| 5024667 | EDI: WFFC.COM | Jun 27 2022 22:43:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |
| 5024668 | EDI: WFAUTO | Jun 27 2022 22:43:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 5024669 | EDI: COMCASTCBLCENT | Jun 27 2022 22:43:00 | Xfinity Comcast, PO Box 21129, Eagan, MN 55121-0129 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5024640 | | James P Sheppard Esquire, Removed per Doc. 63 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5024654 | ## | First National Bank, 3951 Union Deposit Rd, Harrisburg, PA 17109-5922 |
| 5024660 | ## | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Heather Stacey Riloff | on behalf of Creditor BAYVIEW LOAN SERVICING LLC heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lisa A Rynard | on behalf of Debtor 1 Stephanie Jean Hornbaker larynard@larynardlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor COMMUNITY LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Stephanie Jean Hornbaker (First Name / Middle Name / Last Name) | | Social Security number or ITIN: xxx–xx–0452<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name) | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18–bk–00636–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stephanie Jean Hornbaker
aka Stephanie J. Bertolino, aka Stephanie J. Hornbaker, aka Stephanie J. Mills

6/27/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**